# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# Midland / Odessa DIVISION

| | | |
|---|---|---|
| **ODESSA VENTURES, LLC** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CIVIL ACTION NO. 7:23-cv-28 | |
| § | | |
| **COLONY INSURANCE COMPANY,** § | | |
| § | | |
| § | | |
| *Defendant.* § | | |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff, ODESSA VENTURES, LLC.

I certify that I am admitted to practice in this Court.

        Yours, etc.

        LERNER, ARNOLD & WINSTON, LLP
        *Attorneys for Plaintiff*

        By:  /s/ Frank P. Winston
              Frank P. Winston
        286 Fifth Avenue, 12th Floor
        New York, New York 10001
        (212) 686-4655
        fwinston@lawpartnersllp.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2023, I caused to be served a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF APPEARANCE** by the method indicated:

_____  Email

_____  Facsimile Transmission

_____  Electronic Filing via EC/CMF electronic system

\_\_\_XX\_\_\_\_  First Class Mail

And addressed to the following:

**COLONY INSURANCE COMPANY**
8720 Stony Point Parkway, Suite 400
Richmond, VA 23235


Dated: March 2, 2023

                                          _/s/Frank P. Winston_
                                               Frank P. Winston, Esq.