# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 7:23-CV-028

Plaintiff:
**Odessa Ventures, LLC**

vs.

Defendant:
**Colony Insurance Company**

Received by Hester Process Service, Inc. to be served on **Colony Insurance Company c/o Corporation Service Company, R/A, 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219**.

I, David M. Hester, Jr., being duly sworn, depose and say that on the **24th day of February, 2023** at **12:13 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action and Complaint with Exhibit A** with the date and hour of service endorsed thereon by me, to: **Rene Nordquist, Designated Employee** at the address of: **100 Shockoe Slip, 2nd Floor, Richmond, VA 23219**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to the above-named action, nor otherwise interested in the subject matter in controversy.

Subscribed and sworn to before me on the 24th day of February, 2023 by the affiant who is personally known to me.

Notary public

**David M. Hester, Jr.**
Process Server

Hester Process Service, Inc.
P.O. Box 37128
N. Chesterfield, VA 23234
(804) 271-0298

Our Job Serial Number: HTR-2023002206

Commonwealth of Virginia
County of Chesterfield
My Commission Expires 11/30/24



Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i



# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

    (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

    Beverley L. Crump          Rene Nordquist
    Donna Creekmore            Dustin Kline
    Alyssa Kanarr

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 5 day of January 2023.

CORPORATION SERVICE COMPANY

By: _____
Jackie Smetana, Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5 day of January 2023, by Jackie Smetana.

_____
Notary Public

My Commission Expires: 5-18-2026

JANET B. WOZNICKI
Notary Public
State of Delaware
My Commission Expires On
May 18, 2026